FILED
2004 Nov-22 PM 02:11
U.S. DISTRICT COURT
N.D. OF ALABAMA

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CR 04-CO-0265-S |
| ) | |
| TORSHIKIA NAKAYAMA BRIDGES ) | |

### MEMORANDUM OPINION AND ORDER

Before the court is the defendant's motion for a hearing to determine the mental competency of the defendant to stand trial and for a determination of whether there is any evidence that the defendant was not competent at the time of the offense. (Doc. 15). On November 16, 2004, the magistrate judge assigned this matter entered a report and recommendation finding the defendant competent to stand trial or enter a plea of guilty. No objections have been filed to the report and recommendation.

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, the court finds by a preponderance of the evidence that the defendant has the ability to understand the nature and consequences of the proceedings against her and to assist properly in her defense. She therefore is competent to proceed to trial or a plea.[1]

---

[1] The court also notes that Dr. Ackerson concluded that the defendant "consistently acknowledged understanding and appreciation as to the nature of her actions and the criminality of such." (Doc. 18 at p. 7).

Done this 22nd day of November 2004.

                                                              L. SCOTT COOGLER
                                           UNITED STATES DISTRICT JUDGE